# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parvaneh Gharabati, | SACV 19-00795JVS(JPRx) |
| Plaintiff, | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | |
| Mercedes-Benz, USA, LLC, et al, | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED: 2/11/20

_____
James V. Selna
United States District Judge